IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:16CR29** |
| vs. | |
| JACOB GOOD, | **JUDGMENT** |
| Defendant. | |

Pursuant to the Memorandum and Order entered this date, defendant's § 2255 motion ([Filing No. 64](#)) is dismissed.

Dated this 18th day of May, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge