IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR29 |
| vs. | |
| JACOB GOOD, | JUDGMENT |
| Defendant. | |

Pursuant to the Memorandum and Order entered this date, judgment is entered dismissing defendant's motion to vacate under 28 U.S.C. § 2255, Filing No. 68. The court will not issue a certificate of appealability.

Dated this 3rd day of July, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge